```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

ANGELA WAHAB,

                Plaintiff,

    - against -

A.P.P. GROUP, INC.,

                Defendant.

24-cv-3781 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to discuss settlement and provide an update to the Court by **June 20, 2024**. Failure to notify the Court by that date may result in dismissal without prejudice.

SO ORDERED.

Dated:    New York, New York
           May 20, 2024

                                          John G. Koeltl
                                   United States District Judge