```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

ANGELA WAHAB,

               Plaintiff,

- against -

A.P.P. GROUP, INC.,

               Defendant.

24-cv-3781 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The time for the defendant to answer was June 25, 2024. ECF No. 6. To date, no answer has been filed.

The time for the defendant to answer or respond to the petition is extended to **July 12, 2024**. Failure to respond to the complaint by this date could result in a default judgment being entered against the defendant.

The plaintiff is directed to serve a copy of this Order on the defendant and to file proof of such service on the docket by **July 3, 2024**.

SO ORDERED.

Dated:   New York, New York
        June 28, 2024

                                                   John G. Koeltl
                                      United States District Judge