```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――――――

**ANGELA WAHAB,**                                             24-cv-3781 (JGK)

            Plaintiff,                        <u>ORDER</u>

       - against –

**A.P.P. GROUP, INC.,**

            Defendant.

―――――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    The parties are directed to appear, by phone, for a conference in connection with the defendant's motion to dismiss on **Monday, September 9, 2024,** at **4:00 p.m.**

    Dial-in: 888-363-4749, with access code 8140049.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **August 27, 2024**            <u>/s/ John G. Koeltl</u>
                                                  **John G. Koeltl**
                                   **United States District Judge**