UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANGELA WAHAB,

                Plaintiff,

  - against -

A.P.P. Group, Inc.,

                Defendant.

24-cv-3781 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

As discussed at the telephone conference held on September 9, 2024, the plaintiff is directed to file an amended complaint by **October 4, 2024.** The defendant must respond by **October 25, 2024.** If the defendant files a motion to dismiss then the plaintiffs' response is due by **November 15, 2024,** and the defendant may reply by **December 6, 2024.**

SO ORDERED.

Dated:    New York, New York
            September 10, 2024

                                            John G. Koeltl
                                       United States District Judge