UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ANGELA WAHAB,

                Plaintiff(s)

        24 civ 3781 (JGK)

    -against-

A.P.P. GROUP, INC.,

                Defendant(s).
-------------------------------------------------------------X

**ORDER**

The conference scheduled for Thursday, September 26, 2024, at 2:30pm, is canceled.

**SO ORDERED.**

                                                                     JOHN G. KOELTL
                                               **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        September 18, 2024