```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-------------------------------------------------

ANGELA WAHAB,

                Plaintiff,        24-cv-3781 (JGK)

   - against -                 ORDER

A.P.P. GROUP, INC.,

                Defendant.

-------------------------------------------------

JOHN G. KOELTL, District Judge:

    The motion to dismiss is **denied as moot** in light of the filing of an Amended Complaint. See ECF No. 23. The Clerk is respectfully directed to close ECF No. 17.

SO ORDERED.

Dated:    New York, New York
            January 3, 2025

                                                _____
                                                   John G. Koeltl
                                            United States District Judge